1  Daniel S. Mount (State Bar No. 077517)
   Daniel H. Fingerman (State Bar No. 229683)
2  Bobbie N. Eftekar (State Bar No. 240102)
   On Lu (State Bar No. 242693)
3  MOUNT & STOELKER, P.C.
   333 West San Carlos Street, Suite 1650
4  San Jose, CA 95110
   Telephone: (408) 279-7000
5  Fax: (408) 998-1473
   E-mail: dmount@mount.com
6          dfingerman@mount.com
           beftekar@mount.com
7          olu@mount.com

8  Attorneys for Plaintiff
   Feiya Cosmetics, LLC
9

10             IN THE UNITED STATES DISTRICT COURT FOR THE
                     NORTHERN DISTRICT OF CALIFORNIA
11

12  Feiya Cosmetics, LLC, a California Limited  )  Civil Case No.: C07-02627 RS
    Liability Corporation,                      )
13                                              )
                    Plaintiff,                  )  NOTICE OF APPEARANCE OF
                                                )  COUNSEL
14  vs.                                         )
                                                )
15  ZENNA CHEMICAL FACTORY                      )
    INDUSTRY CO. LTD, a Taiwanese               )
16  Corporation.                                )
                                                )
17                  Defendant.                  )
                                                )
18  _____)

19      Plaintiff Feiya Cosmetics, LLC files this Notice of Appearance of Counsel, and hereby

20  notifies the Court and all counsel of record that On Lu of the law firm Mount & Stoelker, P.C. hereby

21  appears as its counsel of record in this litigation. All pleadings, discovery, correspondence and other

22  materials should be served upon counsel at the addresses referenced on the first page of this notice.

23  Dated: May 18, 2007                         MOUNT & STOELKER, P.C.
24
                                          By:        /s/
25                                              _____
                                                On Lu, Esq.
26                                              Daniel S. Mount, Esq.
                                                Daniel H. Fingerman, Esq.
27                                              Bobbie N. Eftekar, Esq.
                                                Attorneys for Plaintiff
28                                              FEIYA COSMETICS, LLC

Notice of Appearance of Counsel                                                                         1