Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
Bobbie N. Eftekar (State Bar No. 240102)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com
     dfingerman@mount.com
     beftekar@mount.com
     olu@mount.com

Attorneys for Plaintiff
Feiya Cosmetics, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>    Defendant. | Civil Case No.: C07-02627 RS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ZENNA CHEMICAL INDUSTRY CO., LTD.** |

Attached hereto is the cover letter sent to the authorized agent of Defendant ZENNA CHEMICAL INDUSTRY CO., LTD. ("Zenna") notifying him or her that he or she is being served "on behalf" of Zenna, a copy of return receipt signed by an authorized agent of Zenna, and a Proof of Service showing that the Summons, Complaint and associated documents required by Civil L.R. 4-2 were served on Zenna'a authorized agent of service under CCP § 416.10(b) and CCP § 415.40 on June 1, 2007.

The return receipt shows the documents were received by Zenna on May 29, 2007. The stamp on the return receipt is the signature of Zenna.

Proof of Service of Summons and Complaint          1

| | |
|---|---|
| Dated: June 14, 2007 | MOUNT & STOELKER, P.C. |
| | By: _____/s/_____<br>Daniel S. Mount, Esq.<br>Bobbie N. Eftekar, Esq.<br>Attorneys for Plaintiff<br>FEIYA COSMETICS, LLC |

# MOUNT & STOELKER, P.C.          ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

May 22, 2007

**VIA REGISTERED MAIL, RETURN-RECEIPT**

President of Zenna Chemical Factory Industry Co., Ltd.
Zenna Chemical Factory Industry Co., Ltd.
No. 11, Lane 71, Fu-Der Road
Ta-Li City, Taichung County 412, TAIWAN
Phone: +886-4-24063459
Fax: +886-4-24071829

**Re: NOTICE TO THE PERSON SERVED, Case No. C-07-02627-RS**

Dear President of Zenna Chemical Factory Industry Co., Ltd:

You are being served with the Summons, Complaint, and associated documents required by Civil L.R. 4-2 for the Case No. C-07-02627-RS, entitled *Feiya Cosmetics, LLC v. Zenna Chemical Factory Industry Co., Ltd.*

You, the President, are being served on <u>behalf</u> of Zenna Chemical Factory Industry Co., Ltd.

Sincerely,

Bobbie N. Eftekar, Esq.

| | | | |
|---|---|---|---|
| Registered Article (Envoi recommandé) ☒ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | | ☐ Express Mail International |
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number RR 877557 154 US | |
| Office of Mailing (Bureau de dépôt) PRESIDENT[?] | | Date of Posting (Date de dépôt) 5-22-07 | |
| Addressee Name or Firm: ZENNIA CHEMICAL INDUSTRY CO. LTD | | | |
| Street and No: NO. 11, Lane 71, [illegible] ROAD | | | |
| Place and Country: TA-LI CITY, TAICHUNG COUNTY 412 TAIWAN | | | |




☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee / Office of Destination Employee Signature

PS Form 2865, October 1992 (Reverse)

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

Avis de réception

*Par Avion*

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis   **C5**

Return by the quickest route (air or surface mail), à découvert and postage free.

The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm: MOUNT & STOELKER, P.C.

333 W. SAN CARLOS ST, STE 1650

SAN JOSE, CA 95118

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form 2865, October 1992

Case No. C07-02627 RS

# PROOF OF SERVICE

I am a citizen of the United States. My business address is RiverPark Tower, Suite 1650, 333 W. San Carlos, San Jose, CA 95110. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the document(s) listed below as follows:

**SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CASE MANAGEMENT CONFERENCE STATEMENTS; COURT GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS**

President of Zenna Chemical Factory Industry Co., Ltd.
Zenna Chemical Factory Industry Co., Ltd.
No. 11, Lane 71, Fu-Der Road
Ta-Li City, Taichung County 412,
TAIWAN

☒ (BY REGISTERED MAIL, RETURN-RECEIPT REQUESTED) I caused such document(s), placed in a sealed envelope with postage thereon, fully prepaid, to be placed in the United States mail at San Jose, California.

☐ (BY ELECTRONIC MAIL) I caused such document(s) to be transmitted by electronic mail on this date to the email addresses listed above.

☐ (BY FAX) I caused such document(s) to be transmitted by facsimile on this date to the offices of the addressee(s).

☐ (BY FEDERAL EXPRESS) I caused such document(s), placed in sealed envelope(s) with postage thereon, fully prepaid, to be delivered to a Federal Express pickup at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such document(s), placed in sealed envelope(s), to be delivered by hand this date to the offices of the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  Executed on May 22, 2007.

                                             /s/
                                        Bobbie N. Eftekar, Esq.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, STE. 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000