UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Feiya Cosmetics, LLC

          Plaintiff(s),

    v.

Zenna Chemical Factory Industry Co. Ltd.

          Defendant(s).
_____/

Case No. C07-02627 RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/8/07

          Feiya Cosmetics LLC
          [Party]

Dated: 8/8/07

          On Lu, Esq.
          [Counsel]