Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com
          dfingerman@mount.com
          olu@mount.com

Bobbie N. Eftekar (State Bar No. 240102)
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Fax:  (650) 801-5100
E-mail: beftekar@mount.com

Attorneys for Plaintiff
Feiya Cosmetics, LLC

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>          Defendant. | Civil Case No.: C07-02627 RS<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF BOBBIE N., EFTEKAR** |

Kindly withdraw the appearance of Bobbie N. Eftekar, an attorney formerly of Mount & Stoelker, P.C. and now of Quinn Emanuel Urquhart Oliver & Hedges, LLP as counsel for Plaintiff Feiya Cosmetics, LLC.

Daniel S. Mount, Daniel H. Fingerman and On Lu of Mount & Stoelker, P.C. will remain as counsel of record for Plaintiff Feiya Cosmetics, LLC.

1  Dated: August 10, 2007

2                                    By:  _____/s/_____
3                                         Bobbie N. Eftekar, Esq.
                                          Quinn Emanuel Urquhart Oliver & Hedges, LLP
4                                         555 Twin Dolphin Drive, Suite 560
                                          Redwood Shores, CA 94065
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28