Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com
          dfingerman@mount.com
          olu@mount.com

Attorneys for Plaintiff
Feiya Cosmetics, LLC

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>        Defendant. | Civil Case No.: C07-02627 RS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF FEIYA COSMETICS, LLC**

Pursuant to Fed. R. Civ. Proc. 7.1 and Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there are NO persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

MOUNT & STOELKER, P.C.

Dated: August 24, 2007             By: /s/ On Lu
                                       On Lu, Esq.
                                       Attorney for Plaintiff
                                       FEIYA COSMETICS, LLC

Certification of Interested Entities or Persons                                              1