UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>        Plaintiff(s),<br><br>v.<br><br>Zenna Chemical Factory Industry Co. Ltd., a Taiwanese Corporation,<br><br>        Defendant(s)._____/ | No. C 07-02627 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 24, 2007

Signature

Counsel for  Plaintiff, Feiya Cosmetics, LLC
(Plaintiff, Defendant or indicate "pro se")