**United States District Court**
For the Northern District of California

**\*E-FILED\***
**August 29, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEIYA COSMETICS, LLC.., | No. C 07-02627 RS RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ZENNA CHEMICAL FACTORY INDUSTRY CO., LTD., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for August 29, 2007 at 2:30 p.m. has been continued to **September 26, 2007 at 2:30 p.m.**

Dated: August 29, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Daniel Harlan Fingerman    dfingerman@mount.com, mmcmanus@mount.com

3 On Lu    olu@mount.com, mmcmanus@mount.com

4 Daniel S. Mount    dmount@mount.com, mmcmanus@mount.com