1 Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
2 On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
3 333 West San Carlos Street, Suite 1650
San Jose, CA 95110
4 Telephone: (408) 279-7000
Fax: (408) 998-1473
5 E-mail: dmount@mount.com
dfingerman@mount.com
6 olu@mount.com

7 Attorneys for Plaintiff,
FEIYA COSMETICS, LLC
8

9 Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
18000 Studebaker Road, Suite 585
10 Cerritos, CA 90703-2682
Telephone: (562) 809-3210
11 Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com
12

13 Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD
14

**FILED**
SEP 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation. <br><br> Defendant. | Civil Case No.: C07-02627 (RS) <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Counsel for defendant Zenna, Mr. Max Chiang, is awaiting admittance to the Northern District of California in order that he may file Zenna's Answer to Feiya's Complaint. Defendant Zenna expects to file its Answer at its earliest possibility. Furthermore, the parties are hopeful they can reach settlement before October 24, 2007.

Stipulation and [Proposed] Order to Continue Initial Case Management Conference    1

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for September 26, 2007 at 2:30 p.m. be rescheduled to October 24, 2007 at 2:30 p.m.

Dated: September 25, 2007

MOUNT & STOELKER, P.C.

By: _____/s/_____
Daniel Fingerman, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: September 25, 2007

LAW OFFICES OF MAX C. CHIANG

By: _____/s/_____
Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: 9/25/07

Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for September 26, 2007 at 2:30 p.m. be rescheduled to October 24, 2007 at 2:30 p.m.

Dated: September 24, 2007        MOUNT & STOELKER, P.C.

By: /s/
On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: September 24, 2007        LAW OFFICES OF MAX C. CHIANG

By: /s/
Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY
CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:

_____
Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

Stipulation and [Proposed] Order to Continue Initial Case Management Conference        2

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: September 25, 2007

By: __/s/_____

Daniel Fingerman, Esq.
MOUNT & STOELKER, P.C.