# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Feiya Cosmetics, LLC | 5:07-cv-02627 RS ARB |
| Plaintiff(s), | **Notice of Appointment of Arbitrator** |
| v. | |
| Zenna Chemical Factory Industry Co. LTD | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Arbitrator assigned to this case is:

**Jack L. Slobodin**
Gordon & Rees
275 Battery Street Suite 2000
San Francisco, CA 94105
Tel: 415-875-3104
Fax: 415-986-8054
jslobodin@gordonrees.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 4 which governs the Arbitration program. The arbitrator will schedule a joint phone conference with counsel under ADR L.R. 4-8 and will set the date of the Arbitration hearing within the deadlines set by ADR L.R. 4-5 or the court order referring this action to Arbitration.

**The hearing date shall not be continued or vacated except for emergencies as**

---

**Notice of Appointment of Arbitrator**
5:07-cv-02627 RS ARB                                    - 1 -

**established in writing and approved by the assigned Judge**.  The court permits the arbitrator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written arbitration statements required by ADR L. R. 4-7 shall NOT be filed with the court.

Dated: October 1, 2007

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

cc:    Arbitrator

**Notice of Appointment of Arbitrator**
5:07-cv-02627 RS ARB      - 2 -