Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com
         dfingerman@mount.com
         olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
Telephone: (562) 809-3210
Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com

Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>　　　　　　Defendant. | Civil Case No.: C07-02627 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Counsel for defendant Zenna, Mr. Max Chiang, is awaiting admittance to the Northern District of California in order that he may file Zenna's Answer to Feiya's Complaint. Defendant Zenna expects to file its Answer at its earliest possibility. Furthermore, the parties are hopeful they can reach settlement before November 7, 2007.

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for October 24, 2007 at 2:30 p.m. be rescheduled to November 7, 2007 at 2:30 p.m.

Dated: October 22, 2007                              MOUNT & STOELKER, P.C.

By: _____/s/_____
On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: October 22, 2007                              LAW OFFICES OF MAX C. CHIANG

By: _____/s/_____
Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: _____

Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: October 22, 2007         By:  /s/ _____

On Lu, Esq.
MOUNT & STOELKER, P.C.