1  Daniel S. Mount (State Bar No. 077517)
   Daniel H. Fingerman (State Bar No. 229683)
2  On Lu (State Bar No. 242693)
   MOUNT & STOELKER, P.C.
3  333 West San Carlos Street, Suite 1650                *E-FILED 10/23/07*
   San Jose, CA 95110
4  Telephone: (408) 279-7000
   Fax: (408) 998-1473
5  E-mail: dmount@mount.com
           dfingerman@mount.com
6          olu@mount.com

7  Attorneys for Plaintiff,
   FEIYA COSMETICS, LLC
8

9  Max C. Chiang (State Bar No. 130538)
   Law Office of Max C. Chiang
10 18000 Studebaker Road, Suite 585
   Cerritos, CA 90703-2682
11 Telephone: (562) 809-3210
   Fax: (562) 684-4039
12 E-mail: maxchiangesq@hotmail.com

13 Attorney for Defendant,
   ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD
14

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation, | Civil Case No.: C07-02627 (RS) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation. | MODIFIED BY THE COURT |
| Defendant. | |

Counsel for defendant Zenna, Mr. Max Chiang, is awaiting admittance to the Northern District of California in order that he may file Zenna's Answer to Feiya's Complaint. Defendant Zenna expects to file its Answer at its earliest possibility. Furthermore, the parties are hopeful they can reach settlement before November 7, 2007.

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for October 24, 2007 at 2:30 p.m. be rescheduled to November 28, 2007 at 2:30 p.m.

Dated: October 22, 2007                    MOUNT & STOELKER, P.C.

                                           By:  _____/s/_____
                                           On Lu, Esq.
                                           Attorneys for Plaintiff
                                           FEIYA COSMETICS, LLC


Dated: October 22, 2007                    LAW OFFICES OF MAX C. CHIANG

                                           By:  _____/s/_____
                                           Max C. Chiang, Esq.
                                           Attorney for Defendant
                                           ZENNA CHEMICAL FACTORY INDUSTRY
                                           CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: October 23, 2007

_____
Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: October 22, 2007         By: __/s/_____

On Lu, Esq.
MOUNT & STOELKER, P.C.