Daniel S. Mount (State Bar No. 077517)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

Max C. Chiang (State Bar No. 130538)
LAW OFFICE OF MAX C. CHIANG
18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
Telephone: (562) 809-3210
Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com

Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD

*E-FILED 11/13/07*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEIYA COSMETICS, LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>Defendant. | Civil Case No.: C07-02627 (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-BINDING ARBITRATION |

Plaintiff Feiya Cosmetics, LLC ("Feiya") and Defendant Zenna Chemical Factory Industry Co. Ltd. ("Zenna") seek the Court's permission to continue the date set for Non-Binding Arbitration in this case.

Pursuant to the Court's Order dated August 9, 2007, the deadline for Non-Binding Arbitration was November 7, 2007. Well in advance of the deadline, both Arbitrator Jack L. Slobodin and plaintiff Feiya had made multiple attempts to contact defendant Zenna to schedule the Arbitration. Counsel for defendant Zenna, Mr. Max C. Chiang, replied on the morning of November 8, 2007 and

requested that the Arbitration be continued to the week of January 7, 2008. Mr. Chiang, explained that his client was based in Taiwan and would therefore require additional time to organize travel plans to the Bay Area to attend the Arbitration. Mr. Chiang is also awaiting his admittance to the Northern District of California.

Mr. Slobodin has confirmed his availability to conduct Arbitration on January 10, 2007 at 10:00 am. The parties have discussed settlement on several occasions and are hopeful they can reach resolution before January 10, 2007.

### STIPULATION

The parties stipulate as follows:

The parties request that the Non-Binding Arbitration set for this case be continued to January 10, 2007 at 10:00 am.

Dated: November 9, 2007                MOUNT & STOELKER, P.C.

                                       By:            /s/
                                           On Lu, Esq.
                                           Attorney for Plaintiff
                                           FEIYA COSMETICS, LLC


Dated: November 9, 2007                LAW OFFICES OF MAX C. CHIANG

                                       By:            /s/
                                           Max C. Chiang, Esq.
                                           Attorney for Defendant
                                           ZENNA CHEMICAL FACTORY INDUSTRY
                                           CO. LTD.

### ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: November 13, 2007

Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

---

Stipulation and [Proposed] Order to Continue Non-Binding Arbitration                                              2

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: November 9, 2007              By: _____/s/_____
                                         On Lu, Esq.
                                         Attorneys for Plaintiff
                                         FEIYA COSMETICS, LLC.