**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 13, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEIYA COSMETICS, | No. C 07-02627 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for November 28, 2007 at 2:30 p.m. has been continued to **January 23, 2008 at 2:30 p.m.**

Dated: November 13, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
        Courtroom Deputy Clerk

1  **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2  Daniel Harlan Fingerman     dfingerman@mount.com, mmcmanus@mount.com

3  On Lu     olu@mount.com, mmcmanus@mount.com

4  Daniel S. Mount     dmount@mount.com, mmcmanus@mount.com

**United States District Court**
For the Northern District of California