Daniel S. Mount (State Bar No. 077517)
Kathryn G. Spelman, Esq. (State Bar No. 154512)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com
       kspelman@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Plaintiff
Feiya Cosmetics, LLC

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>   Defendant. | Civil Case No.: C07-02627 RS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Plaintiff Feiya Cosmetics, LLC files this Notice of Appearance of Counsel, and hereby notifies the Court and all counsel of record that Kathryn G. Spelman of the law firm Mount & Stoelker, P.C. hereby appears as its counsel of record in this litigation. All pleadings, discovery, correspondence and other materials should be served upon counsel at the addresses referenced on the first page of this notice.

Dated: November 26, 2007

MOUNT & STOELKER, P.C.

By: _____/s/_____
Kathryn G. Spelman, Esq.
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.
On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC