1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

*E-FILED*
January 22, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS,                                             No. C 07-02627 RS

       Plaintiff,

    v.                                                      **CLERK'S NOTICE**

ZENNA CHEMICAL FACTORY
INDUSTRY CO. LTD.,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The case management conference in the above-captioned matter currently set for January 23,

2008 at 2:30 p.m. has been continued to **February 27, 2008 at 2:30 p.m.**


Dated:  January 22, 2008


                         For the Court,
                         RICHARD W. WEIKING, Clerk

                         By:    /s/ Martha Parker Brown_____
                               Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2   Max Chien-Hsiang Chiang     maxchiangesq@hotmail.com

3   Daniel Harlan Fingerman     dfingerman@mount.com, mmcmanus@mount.com

4   On Lu     olu@mount.com, mmcmanus@mount.com

5   Daniel S. Mount     dmount@mount.com, mmcmanus@mount.com

6   Kathryn G. Spelman     kspelman@mount.com, mmcmanus@mount.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28