Daniel S. Mount (State Bar No. 077517)
Katherine G. Spelman (State Bar No. 154512)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
Telephone: (562) 809-3210
Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com

Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>Defendant. | Civil Case No.: C07-02627 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. has requested that the Initial Case Management Conference scheduled for February 27, 2008 at 2:30 p.m. be rescheduled to March 12, 2008. The parties are hopeful they can reach settlement before March 12, 2008. Along with this Stipulation and Proposed Order, the Parties will file an Updated Joint CMC Statement to inform the Court about the status of settlement discussions.

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for February 27, 2008 at 2:30 p.m. be rescheduled to March 12, 2008 at 2:30 p.m.

Dated: February 26, 2008                           MOUNT & STOELKER, P.C.

                                       By:        /s/
                                                  On Lu, Esq.
                                                  Attorneys for Plaintiff
                                                  FEIYA COSMETICS, LLC

Dated: February 26, 2008                           LAW OFFICES OF MAX C. CHIANG

                                       By:        /s/
                                                  Max C. Chiang, Esq.
                                                  Attorney for Defendant
                                                  ZENNA CHEMICAL FACTORY INDUSTRY
                                                  CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:
                                                  _____
                                                  Magistrate Judge Richard Seeborg
                                                  United States Magistrate Judge
                                                  Northern District of California

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: February 26, 2008        By:  /s/  On Lu

                                On Lu, Esq.
                                MOUNT & STOELKER, P.C.