1  Daniel S. Mount (State Bar No. 077517)
   Katherine G. Spelman (State Bar No. 154512)     *E-FILED 2/26/08*
2  Daniel H. Fingerman (State Bar No. 229683)
   On Lu (State Bar No. 242693)
3  MOUNT & STOELKER, P.C.
   333 West San Carlos Street, Suite 1650
4  San Jose, CA 95110
   Telephone: (408) 279-7000
5  Fax: (408) 998-1473
   E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com
6
   Attorneys for Plaintiff,
7  FEIYA COSMETICS, LLC

8  Max C. Chiang (State Bar No. 130538)
   Law Office of Max C. Chiang
9  18000 Studebaker Road, Suite 585
   Cerritos, CA 90703-2682
10 Telephone: (562) 809-3210
   Fax: (562) 684-4039
11 E-mail: maxchiangesq@hotmail.com

12 Attorney for Defendant,
   ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD
13

14                 IN THE UNITED STATES DISTRICT COURT FOR THE
                           NORTHERN DISTRICT OF CALIFORNIA
15

16 | Feiya Cosmetics, LLC, a California Limited Liability Corporation, | Civil Case No.: C07-02627 (RS) |

17             Plaintiff,               STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE INITIAL
18 vs.                                  CASE MANAGEMENT
                                        CONFERENCE
19 ZENNA CHEMICAL FACTORY                  MODIFIED BY THE COURT
   INDUSTRY CO. LTD, a Taiwanese
20 Corporation.

21             Defendant.

22

23      Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. has requested that the

24 Initial Case Management Conference scheduled for February 27, 2008 at 2:30 p.m. be rescheduled to

25 March 12, 2008. The parties are hopeful they can reach settlement before March 12, 2008. Along

26 with this Stipulation and Proposed Order, the Parties will file an Updated Joint CMC Statement to

27 inform the Court about the status of settlement discussions.

28

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for February 27, 2008 at 2:30 p.m. be rescheduled to March 19, 2008 at 2:30 p.m.

Dated: February 26, 2008

MOUNT & STOELKER, P.C.

By: _____/s/_____
On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: February 26, 2008

LAW OFFICES OF MAX C. CHIANG

By: _____/s/_____
Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY
CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED. **IT IS FURTHER ORDERED that the parties shall file an updated case management conference statement no later than March 12, 2008.**

Dated: 2/26/08

_____
Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

Stipulation and [Proposed] Order to Continue Initial Case Management Conference        2

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: February 26, 2008    By:  /s/  On Lu

On Lu, Esq.
MOUNT & STOELKER, P.C.