Daniel S. Mount (Cal. Bar No. 077517)
Katherine G. Spelman (State Bar No. 154512)
Daniel H. Fingerman (Cal. Bar No. 229683)
On Lu (Cal. Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Phone: 408.279.7000
Fax: (408) 998-1473
E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FEIYA COSMETICS, LLC, a California Limited Liability Corporation,

Plaintiff,

vs.

ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.

Defendant.

**Civil Case No.:** C07-02627 RS

**UPDATED JOINT CASE MANAGEMENT STATEMENT**

Date: Wednesday, March 19, 2008
Time: 2:30 PM
Place: Courtroom 4, 5th Floor
Judge: U.S. Magistrate Judge Richard Seeborg

Pursuant to Civil Local Rule 16-9, the parties jointly submit this Updated Case Management Statement, which they request the Court to adopt as its Case Management Order in this case.

## JURISDICTION AND SERVICE

This Court's jurisdiction is based on 20 U.S.C. §1338 and supplemental jurisdiction exists pursuant to 28 U.S.C. §1367. No issues are disputed with respect to jurisdiction or venue. All parties have been served.

## FACTS

This action was brought by Feiya Cosmetics, LLC ("Feiya") against Zenna Chemical Factory Industry Co. Limited ("Zenna") for: (1) Violation of Federal Trademark Infringement Law pursuant to the Lanham Act, Title 15 U.S.C. §§ 1051 et seq.; (2) Counterfeiting pursuant to Title 15 U.S.C. §

1125(a); (3) Unfair Competition; (4) Intentional Interference with Contractual Relations; (5) Intentional Interference with Prospective Economic Advantage; and (6) Negligent Interference with Prospective Economic Advantage.

In April 2006, Zenna purchased 150 dozen unauthorized Feiya products from Canam S.J. Corp ("Canam"). In May 2006, Zenna signed a commercial invoice, prepared a packing slip, and shipped these units to a U.S.-based customer through Oakland, California.

In September 2006, Zenna purchased 150 dozen unauthorized Feiya products from Canam S.J. Corp ("Canam"). In the same month, Zenna signed a commercial invoice, prepared a packing slip, and shipped these units to a U.S.-based customer through Oakland, California.

Beginning in October 2006, Feiya discovered the unauthorized Feiya products for sale in U.S. retail stores. Feiya has acquired numerous samples of the gray market Feiya products from various retailers. Based on identification numbers and U.S. Customs documentation, the gray market products can be traced back to the units shipped from Zenna in April and September of 2006.

Feiya alleges that Zenna has infringed and is infringing United States Trademark Registration No. 2,843,983 for the Mark "FEIYA" (the "Mark") issued on May 18, 2004 by the United States Patent and Trademark Office ("USPTO") and that such infringement is willful and deliberate.

Zenna alleges it had no knowledge that the products shipped were unauthorized. Zenna further alleges it purchased and shipped the products as a favor to its U.S.-based customer for the purpose of consolidating shipments.

## FACTUAL AND LEGAL ISSUES

The parties intend the following items as a preliminary statement of the issues, subject to change as the issues develop and become known to the parties:

1. Whether Zenna offered for sale, sold or imported products infringing the Mark.

2. Whether Zenna reproduced, imported, counterfeited, copied and colorably imitated the Mark and applied such reproduction, counterfeit, copy and colorable imitation on packaging and products in connection with the sale, offering for sale, and distribution wherein such use is likely to cause confusion, mistake, and/or deception to consumers that such products originated with, are authorized by, or are associated with Feiya.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

3. Whether Zenna's infringement and inducement was willful and deliberate with the intent to cause confusion, mistake, and/or deception to consumers.

4. Whether Zenna engaged in unfair competition under the California Unfair Practices Act and whether Feiya is entitled to damages or other relief.

5. Whether Zenna may be found liable for trademark infringement and unfair competition even though it had no intent or knowledge.

6. Whether Zenna is liable for intentionally interfering with contractual relations and whether Feiya is entitled to damages or other relief.

7. Whether Zenna is liable for intentionally or negligently interfering with Feiya's prospective economic advantages and whether Feiya is entitled to damages, injunction or other relief.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**MOTIONS**

The parties are not able to anticipate what motions will be filed at this time.

**AMENDMENT OF PLEADINGS**

Feiya expects to add new defendants to the case in the coming week. Feiya and Zenna are close to resolution and Feiya expects to dismiss Zenna from this litigation matter shortly.

**EVIDENCE PRESERVATION**

Feiya and Zenna are in discussions about evidence preservation techniques and have not come to agreement on any specific procedures at this time.

**DISCLOSURES**

The parties have exchanged initial disclosures. The parties have also exchanging information and documents informally without invoking federal discovery procedures.

**DISCOVERY**

Feiya estimates approximately 4-6 depositions of witnesses. These witnesses include persons with knowledge related to the allegations put forth by Feiya at Zenna, Mei Kwang Chemical Factory, Canam SJ Corp, and Larkin, Inc. The information Feiya deems essential to obtain from Zenna include: (1) purchase and sales records; (2) inventory control records and processes; (3) customs-related documentation; (4) shipping and import/export records; and (5) correspondence with Mei Kwang Chemical Factory, Canam SJ Corp, and Larkin, Inc.

Zenna estimates approximately 4 depositions of witnesses. These witnesses include persons with knowledge related to the allegations put forth by Feiya at Feiya, Mei Kwang Chemical Factory, Canam SJ Corp, and Larkin, Inc. The information Zenna deems essential to obtain from Feiya include correspondence with Mei Kwang Chemical Factory, Canam SJ Corp, and Larkin, Inc.

**RELATED CASES**

There is another case pending in the Northern District involving the same plaintiff and same trademark at issue but with different facts and different defendants (Case No. C07–767–JSW). Both Feiya and Zenna agree that consolidation of the two cases is inappropriate. The first case has been settled. It is in the best interest of both parties that the present case settle soon.

**RELIEF**

Feiya's damages are based on lost profits, price erosion, dilution of the Mark, treble damages and attorney fees as allowed under the Lanham Act. Feiya also seeks injunctive relief.

**SETTLEMENT AND ADR**

Both Feiya and Zenna were amenable to nonbinding arbitration. ADR Certification representing this agreement was filed with the Court on August 8, 2007. The Parties attempted Arbitration with Court-appointed Arbitrator Jack Slobodin on January 10, 2008 but failed to achieve resolution of the matter. The Parties have since made progress and are close to resolution. Feiya and Zenna have signed a Settlement Agreement. Feiya is presently waiting on Zenna to make payment on the agreed upon settlement amount. If the Parties are still unable to resolve the matter, the Parties propose that a follow-up Arbitration be conducted by Mr. Slobodin.

**CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Feiya and Zenna consent to assignment of the case to a magistrate judge to conduct all further proceedings including trial.

**NARROWING OF ISSUES**

At this time, the parties have not identified any issues that may be narrowed.

**EXPEDITED SCHEDULE**

Feiya and Zenna agree that this case can be handled on an expedited schedule with streamlined procedures.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**SCHEDULING**

Feiya and Zenna had previously submitted the following dates in their initial Joint Case Management Conference Statement dated August 24, 2008:

1. Discovery to be completed by January 4, 2007
2. Dispositive motions heard by February 29, 2008
3. Pretrial conference to be held on May 2, 2008
4. Trial scheduled to begin on May 26, 2008

Feiya and Zenna respectfully request that the deadline for dispositive motions be extended from February 29, 2008 to March 31, 2008. The dates for the pretrial conference and trial remain unchanged:

1. Dispositive motions heard by March 31, 2008
2. Pretrial conference to be held on May 2, 2008
3. Trial scheduled to begin on May 26, 2008

**TRIAL**

The parties estimate the length of trial to be one week or 5 court days. Feiya has requested a jury trial. Feiya expects to have expert witness testimony. Feiya approximates 4-6 witnesses.

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Feiya filed its Certification of Interested Entities or Persons as required by Civil Local Rule 3-16 on August 24, 2007. Zenna will file its Certification promptly.

Dated: March 12, 2008

MOUNT & STOELKER, P.C.

By: /s/ On Lu

On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: March 12, 2008

LAW OFFICES OF MAX C. CHIANG

By: /s/ Max Chiang

Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

# ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: March 12, 2008

By: /s/ On Lu

On Lu, Esq.
MOUNT & STOELKER, P.C.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000