Daniel S. Mount (State Bar No. 077517)
Katherine G. Spelman (State Bar No. 154512)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
Telephone: (562) 809-3210
Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com

Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>　　　　　　Defendant. | Civil Case No.: C07-02627 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　FEIYA COSMETICS, LLC ("Feiya") and ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. ("Zenna") jointly request that the Initial Case Management Conference set for Wednesday, March 19, 2008 at 2:30 pm be rescheduled to Wednesday, April 30, 2008 at 2:30 pm. The Parties have signed a formal Settlement Agreement. Feiya anticipates adding additional defendants to the present suit but intends to dismiss Zenna once Zenna has met its obligations under the Settlement

1 Agreement. The Parties are hopeful that all outstanding issues involving Zenna will be resolved and
2 that Zenna will be dismissed from the present suit before April 30, 2008.

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for March 19, 2008 at 2:30 p.m. be rescheduled to April 30, 2008 at 2:30 p.m.

Dated: March 17, 2008                MOUNT & STOELKER, P.C.

                                     By:          /s/
                                         On Lu, Esq.
                                         Attorneys for Plaintiff
                                         FEIYA COSMETICS, LLC


Dated: March 17, 2008                LAW OFFICES OF MAX C. CHIANG

                                     By:          /s/
                                         Max C. Chiang, Esq.
                                         Attorney for Defendant
                                         ZENNA CHEMICAL FACTORY INDUSTRY
                                         CO. LTD.


## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: _____

                                         Magistrate Judge Richard Seeborg
                                         United States Magistrate Judge
                                         Northern District of California

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: March 17, 2008                         By:  /s/ _____

On Lu, Esq.
MOUNT & STOELKER, P.C.