Daniel S. Mount (State Bar No. 077517)
Katherine G. Spelman (State Bar No. 154512)
Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Telephone: (408) 279-7000
Fax: (408) 998-1473
E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com

Attorneys for Plaintiff,
FEIYA COSMETICS, LLC

Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
Telephone: (562) 809-3210
Fax: (562) 684-4039
E-mail: maxchiangesq@hotmail.com

Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD

*E-FILED 3/18/08*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| Feiya Cosmetics, LLC, a California Limited Liability Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD, a Taiwanese Corporation.<br><br>  Defendant. | Civil Case No.: C07-02627 (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
|---|---|

FEIYA COSMETICS, LLC ("Feiya") and ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. ("Zenna") jointly request that the Initial Case Management Conference set for Wednesday, March 19, 2008 at 2:30 pm be rescheduled to Wednesday, April 30, 2008 at 2:30 pm. The Parties have signed a formal Settlement Agreement. Feiya anticipates adding additional defendants to the present suit but intends to dismiss Zenna once Zenna has met its obligations under the Settlement

---

Stipulation and [Proposed] Order to Continue Initial Case Management Conference       1

Agreement. The Parties are hopeful that all outstanding issues involving Zenna will be resolved and that Zenna will be dismissed from the present suit before April 30, 2008.

## STIPULATION

The parties stipulate as follows:

The parties request that the Initial Case Management Conference scheduled for March 19, 2008 at 2:30 p.m. be rescheduled to April 30, 2008 at 2:30 p.m.

Dated: March 17, 2008            MOUNT & STOELKER, P.C.

                                 By:    /s/
                                 On Lu, Esq.
                                 Attorneys for Plaintiff
                                 FEIYA COSMETICS, LLC


Dated: March 17, 2008            LAW OFFICES OF MAX C. CHIANG

                                 By:    /s/
                                 Max C. Chiang, Esq.
                                 Attorney for Defendant
                                 ZENNA CHEMICAL FACTORY INDUSTRY
                                 CO. LTD.

## ORDER

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: March 18, 2008

                                 Magistrate Judge Richard Seeborg
                                 United States Magistrate Judge
                                 Northern District of California

## ATTESTATION OF ELECTRONIC FILING

As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this filing.

Dated: March 17, 2008     By: /s/ _____

On Lu, Esq.
MOUNT & STOELKER, P.C.