1  Daniel S. Mount (State Bar No. 077517)
Katherine G. Spelman (State Bar No. 154512)
2  Daniel H. Fingerman (State Bar No. 229683)
On Lu (State Bar No. 242693)
3  MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
4  San Jose, CA 95110
Telephone:  (408) 279-7000
5  Fax: (408) 998-1473
E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com
6
Attorneys for Plaintiff,
7  FEIYA COSMETICS, LLC

8  Max C. Chiang (State Bar No. 130538)
Law Office of Max C. Chiang
9  18000 Studebaker Road, Suite 585
Cerritos, CA 90703-2682
10  Telephone:  (562) 809-3210
Fax:  (562) 684-4039
11  E-mail:  maxchiangesq@hotmail.com

12  Attorney for Defendant,
ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD
13

14          IN THE UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF CALIFORNIA
15

16  Feiya Cosmetics, LLC, a California Limited    )    **Civil Case No.:** C07-02627 (RS)
Liability Corporation,                        )
17                                              )
                        Plaintiff,             )    **STIPULATION AND [PROPOSED]**
18                                              )    **ORDER OF DISMISSAL OF ZENNA**
vs.                                           )    **CHEMICAL FACTORY INDUSTRY**
19                                              )    **CO. LTD.**
ZENNA CHEMICAL FACTORY                        )
20  INDUSTRY CO. LTD, a Taiwanese               )
Corporation.                                  )
21                                              )
                        Defendant.             )
22  _____)

23
        Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff FEIYA COSMETICS, LLC dismisses
24
Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. from the above-captioned action
25
WITHOUT PREJUDICE.  This voluntary dismissal is pursuant to the settlement agreement executed
26
between the parties for settlement.
27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**STIPULATION**

The parties stipulate as follows:

The parties request that Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. be dismissed from the above-captioned action WITHOUT PREJUDICE.

Dated: April 28, 2008                                   MOUNT & STOELKER, P.C.

By: _____/s/_____
On Lu, Esq.
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

Dated: April 28, 2008                                   LAW OFFICES OF MAX C. CHIANG

By: _____/s/_____
Max C. Chiang, Esq.
Attorney for Defendant
ZENNA CHEMICAL FACTORY INDUSTRY
CO. LTD.

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: _____

_____
Magistrate Judge Richard Seeborg
United States Magistrate Judge
Northern District of California

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

**ATTESTATION OF ELECTRONIC FILING**

2

3    As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this

4  filing.

5

6  Dated: April 28, 2008                    MOUNT & STOELKER, P.C.

7

8                                           ___/s/_____
                                            On Lu, Esq.
9                                           Attorney for Plaintiff
                                            FEIYA COSMETICS, LLC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order of Dismissal                                   3