1  Daniel S. Mount (State Bar No. 077517)
   Katherine G. Spelman (State Bar No. 154512)                    *E-FILED 4/29/08*
2  Daniel H. Fingerman (State Bar No. 229683)
   On Lu (State Bar No. 242693)
3  MOUNT & STOELKER, P.C.
   333 West San Carlos Street, Suite 1650
4  San Jose, CA 95110
   Telephone:  (408) 279-7000
5  Fax: (408) 998-1473
   E-mail: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com; olu@mount.com
6
   Attorneys for Plaintiff,
7  FEIYA COSMETICS, LLC

8  Max C. Chiang (State Bar No. 130538)
   Law Office of Max C. Chiang
9  18000 Studebaker Road, Suite 585
   Cerritos, CA 90703-2682
10 Telephone:  (562) 809-3210
   Fax: (562) 684-4039
11 E-mail:  maxchiangesq@hotmail.com

12 Attorney for Defendant,
   ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD
13

14          IN THE UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF CALIFORNIA
15

16 Feiya Cosmetics, LLC, a California Limited    )  Civil Case No.:  C07-02627 (RS)
   Liability Corporation,                        )
17                                               )
                              Plaintiff,         )  STIPULATION AND [PROPOSED]
18                                               )  ORDER OF DISMISSAL OF ZENNA
   vs.                                           )  CHEMICAL FACTORY INDUSTRY
19                                               )  CO. LTD.
   ZENNA CHEMICAL FACTORY                        )
20 INDUSTRY CO. LTD, a Taiwanese                 )
   Corporation.                                  )
21                                               )
                              Defendant.         )
22 _____)

23
         Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff FEIYA COSMETICS, LLC dismisses
24
   Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. from the above-captioned action
25
   WITHOUT PREJUDICE.  This voluntary dismissal is pursuant to the settlement agreement executed
26
   between the parties for settlement.
27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**STIPULATION**

The parties stipulate as follows:

The parties request that Defendant ZENNA CHEMICAL FACTORY INDUSTRY CO. LTD. be dismissed from the above-captioned action WITHOUT PREJUDICE.

Dated: April 28, 2008                          MOUNT & STOELKER, P.C.

                                          By:  _____/s/_____

                                               On Lu, Esq.
                                               Attorneys for Plaintiff
                                               FEIYA COSMETICS, LLC

Dated: April 28, 2008                          LAW OFFICES OF MAX C. CHIANG

                                          By:  _____/s/_____

                                               Max C. Chiang, Esq.
                                               Attorney for Defendant
                                               ZENNA CHEMICAL FACTORY INDUSTRY
                                               CO. LTD.

**ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:  April 29, 2008

                                          _____
                                          Magistrate Judge Richard Seeborg
                                          United States Magistrate Judge
                                          Northern District of California

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

## **ATTESTATION OF ELECTRONIC FILING**

2

3         As the attorney e-filing this document, I hereby attest that Max Chiang has concurred in this

4    filing.

5

6    Dated: April 28, 2008                   MOUNT & STOELKER, P.C.

7

8                                _/s/_____
                               On Lu, Esq.

9                              Attorney for Plaintiff
                               FEIYA COSMETICS, LLC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000